**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself      Case No. 1:22-cv-10304-JMF-JLC
and all others similarly situated,

                           Plaintiffs,          **NOTICE OF VOLUNTARY**
                                                **DISMISSAL**
            -against-                              **WITH PREJUDICE**

DD TRADERS, INC.
                           Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
         May 17, 2023

                                               Respectfully Submitted,

                                              _/s/ Noor A. Saab_
SO ORDERED.                     By: Noor A. Saab Esq.
                                              *Attorney for Plaintiff*
                                              380 North Broadway, Ste 300
                                              Jericho, New York 11753
         May 18, 2023              Tel: 718-740-5060
                                              Email: noorasaablaw@gmail.com

1